**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTON COCHRAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **SUPERINTENDANT JAY LANE and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 17-2342** |

## AMENDED ORDER

**NOW**, this 3rd day of January, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the Response to Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart (Document No. 8), and the petitioner's objections to the report and recommendation (Document No. 10), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1.      The petitioner's objections are **OVERRULED**;

2.      The Report and Recommendation of Magistrate Judge Hart is **APPROVED** and **ADOPTED**[1];

3.      The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4.      There is no probable cause to issue a certificate of appealability.


                                                    /s/TIMOTHY J. SAVAGE

---

[1] The Magistrate Judge's recitation of the factual and procedural history is accurate. His legal analysis is thorough and correct. Therefore, we can add nothing to the well-reasoned and exhaustive report.